AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF    NEVADA

MAIGA HRALIMA,

      Petitioner,          JUDGMENT IN A CIVIL CASE

V.

                                    CASE NUMBER: **3:08-cv-0214-ECR-RAM**

JIM BENEDETTI, et al.,

      Respondents.

\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that petitioner's #39 motion for judgment on the pleadings is DENIED. IT IS FURTHER ORDERED that respondents' #28 motion to dismiss is GRANTED and the petition is DISMISSED as untimely. IT IS FURTHER ORDERED that petitioner is DENIED a certificate of appealability.

  May 13, 2009                                        **LANCE S. WILSON**
                                                                     Clerk

                                                               /s/ Kalani Lizares
                                                                  Deputy Clerk